IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMARTSKY NETWORKS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOGO BUSINESS AVIATION, LLC and GOGO INC.,<br><br>　　　　　Defendants. | Civil Action No. 22-266-GBW |

## MEMORANDUM ORDER

At Wilmington, Delaware this 7th day of October, 2022:

Having reviewed Plaintiff SmartSky Networks, LLC ("SmartSky")'s Motion for Leave to File Sur-Reply Brief (D.I. 100) and Gogo's Statement of Non-Opposition to SmartSky's Motion for Leave to File a Sur-Reply (D.I. 102), IT IS HEREBY ORDERED that SmartSky's Motion for Leave to File Sur-Reply Brief (D.I. 100) is GRANTED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GREGORY B. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE