IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMARTSKY NETWORKS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-266 (JLH) |
| | ) |
| GOGO BUSINESS AVIATION, LLC, | ) |
| and GOGO INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR EXEMPTION
FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023
STANDING ORDER ON PERSONAL DEVICES**

Plaintiff SmartSky Networks, LLC moves for an order to exempt Plaintiff's outside counsel, Lance A. Lawson, Esquire, from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, Plaintiff states as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. The following attorney, who intends to appear at the March 6, 2024 *Markman* hearing on behalf of Plaintiff, requests access to his electronic devices for purposes of participating in the hearing, but does not have a physical, hard-copy bar identification card to meet the exemption listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Lance A. Lawson, Esquire

WHEREFORE, Plaintiff respectfully requests that the Court issue an order to exempt Lance A. Lawson, Esquire from the May 15, 2023 Standing Order.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Travis J. Murray* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>tmurray@morrisnichols.com |
| Lance A. Lawson<br>BURR & FORMAN LLP<br>101 South Tryon Street, Suite 2610<br>Charlotte, NC  28280<br>(704) 347-1170 | |
| Ryan M. Corbett<br>BURR & FORMAN LLP<br>201 North Franklin Street, Suite 3200<br>Tampa, FL  33602<br>(813) 221-2626 | *Attorneys for Plaintiff SmartSky Networks, LLC* |

February 27, 2024

SO ORDERED this  27th   day of  February   , 2024.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE