IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SMARTSKY NETWORKS, LLC,**<br><br>*Plaintiff,*<br>v.<br><br>**GOGO BUSINESS AVIATION, LLC and GOGO INC.,**<br><br>*Defendants.* | **Case No. 1:22-cv-00266-JDW** |

### ORDER

AND NOW, this 10th day of March, 2025, following a telephone conference and subsequent correspondence with Counsel for the Parties, it is **ORDERED** as follows.

1. The Parties shall exchange proposed trial exhibits and deposition designations on or before July 11, 2025. The Parties shall exchange objections to proposed trial exhibits, objections to deposition designations, and counter-designations on or before July 25, 2025. The Parties shall exchange objections to any counter-designations on or before August 1, 2025. The Parties shall then meet and confer in a good-faith attempt to resolve their objections before including them in any proposed Pretrial Order.

2. The parties shall file a proposed Pretrial Order on or before August 22, 2025. The Parties shall include all information required by Fed. R. Civ. P. 26(a)(3) and Local Rule of Civil Procedure 16.3(c).

3. All motions *in limine* shall be filed on or before September 5, 2025. Responses, if any, shall be filed no later than September 19, 2025.

4. No later than October 6, 2025, the Parties may file proposed jury instructions on substantive issues with an electronic copy e-mailed in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "jury instructions" and the case caption in the subject line. Proposed jury instructions should be submitted as a joint submission, and for any instructions on which the Parties do not agree, plaintiff's proposal shall be in italics and defendant's submission shall be in bold, with citations to the sources of law upon which each proposed instruction is based.

5. No later than October 6, 2025, each party may submit proposed jury questions for *voir dire* via e-mail in Word format to Chambers_of_Judge_Wolson@paed.uscourts.gov with "*voir dire* questions" and the case caption in the subject line.

6. On or before October 14, 2025, the Parties shall submit to the Court a joint set of exhibits that the Parties intend to use at trial. If one or more Parties intends to present evidence electronically, then the exhibits shall be submitted electronically (on a memory stick, CD, DVD, or hard drive) with each exhibit as a separate file. If one or more Parties do not intend to present evidence electronically, then those exhibits shall be submitted in a binder, with each exhibit separately tabbed. Exhibits shall be consecutively numbered, without a prefix indicating the party proffering the exhibit (*i.e.,* "Ex. 1," "Ex. 2,"

etc.; not "P-1," P-2," and "D-1," D-2," etc.).  The Parties must confer in advance of the submission to eliminate duplication in the exhibits that they submit.  The exhibits must be accompanied by a table of contents that lists each exhibit and sets forth whether there is an objection to the admission of the document in evidence at the trial and the basis for any such objection.

7. The Court will conduct a final pretrial conference on October 28, 2025, at 10:00 a.m. in Room 12613, at United States District Court, 601 Market Street, Philadelphia, Pennsylvania 19106.  Counsel shall be prepared to discuss any pending *motions in limine*, objections to witnesses and exhibits, any stipulations of uncontested facts, how much time each Party needs for trial, and whether the Court should impose any time-limits.

8. A Jury Trial will begin on November 17, 2025 at 9:30 a.m. at the J. Caleb Boggs Federal Building, 844 North King Street, Wilmington, Delaware 19801, in a Courtroom to be determined.

9. Pursuant to Federal Rule of Civil Procedure 77(b), this Order serves as Notice that I intend to conduct any non-jury hearings at the federal courthouse in Philadelphia, Pennsylvania. Any Party that objects to my doing so must file an objection on the docket on or before March 24, 2025.

          **BY THE COURT:**

          */s/ Joshua D. Wolson*
          **HON. JOSHUA D. WOLSON**
          **United States District Judge**