IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SMARTSKY NETWORKS, LLC**, <br><br> *Plaintiff,* <br><br> v. <br><br> **GOGO BUSINESS AVIATION, LLC**, **et al.,** <br><br> *Defendants.* | **Case No. 1:22-cv-00266-JDW** |

## ORDER

AND NOW, this 9th day of September, 2025, it is **ORDERED** that the Final Pretrial Conference, currently scheduled for October 28, 2025, at 10:00 a.m., is **RESCHEDULED** for November 6, 2025, at 10:00 a.m., in Chambers Room 12613, at United States District Court, 601 Market Street, Philadelphia, Pennsylvania 19106.

                                                     **BY THE COURT:**

                                                     */s/ Joshua D. Wolson*
                                                     JOSHUA D. WOLSON, J.