IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMARTSKY NETWORKS LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOGO BUSINESS AVIATION LLC and GOGO INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 22-266-JDW <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND REVISED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that certain dates in the Scheduling Order (D.I. 463 as revised by D.I. 465) shall be amended as follows:

| "Gogo Case" Event | Previous Deadline | Revised Deadline |
|---|---|---|
| SmartSky's Initial Invalidity Contentions Due | Friday, Sept. 19, 2025 | Friday, Oct. 3, 2025 |
| Parties to Exchange Claim Terms and Proposed Constructions | Friday, Oct. 3, 2025 | Friday, Oct. 17, 2025 |
| Parties File Joint Claim Construction Chart | Friday, Oct. 17, 2025 | Friday, Oct. 31, 2025 |
| Gogo's Opening Claim Construction Brief | Friday, Nov. 14, 2025 | Friday, Dec. 19, 2025 |
| SmartSky's Answering Claim Construction Brief | Friday, Dec. 12, 2025 | Wednesday, Jan. 21, 2026 |
| File Interim Status Report | Friday, Dec. 12, 2025 | |
| Gogo's Reply Claim Construction Brief | Friday, Jan. 9, 2026 | Wednesday, Feb. 4, 2026 |
| SmartSky's Sur-Reply Claim Construction Brief | Friday, Jan. 30, 2026 | Wednesday, Feb. 18, 2026 |
| Joint Claim Construction Brief Filed | Friday, Feb. 13, 2026 | Friday, Feb. 20, 2026 |
| Amendment to Pleadings | Friday, Feb. 27, 2026 | |
| Meet and Confer and File Amended Joint Claim Construction Chart | Monday, Mar. 9, 2026 | |
| Claim Construction Hearing | Apr. 15, 2026 at 10:00 AM | |
| Substantial Completion of Document Production | Thursday, Apr. 30, 2026 | |

| "Gogo Case" Event | Previous Deadline | Revised Deadline |
|---|---|---|
| Final Infringement Contentions Due | Friday, May 29, 2026 | |
| Final Invalidity Contentions Due | Friday, June 19, 2026 | |
| Deadline to Supplement Identification of Accused Products and Invalidity References | Friday, June 19, 2026 | |
| Deadline for the Parties to Meet and Confer on Case Narrowing | Friday, June 26, 2026 | |
| Fact Discovery Cutoff | Friday June 26, 2026 | |
| Opening Expert Reports Due | Friday, July 10, 2026 | |
| Rebuttal Expert Reports Due | Friday, Aug. 7, 2026 | |
| Reply Expert Reports Due | Friday, Aug. 28, 2026 | |
| Expert Discovery Cutoff | Friday, Sept. 25, 2026 | |
| Case Dispositive Motions & Objections to Expert Testimony Due | Friday, Oct. 23, 2026 | |
| Hearing on Dispositive and *Daubert* Motions | Dec. 11, 2026 at 10:00 AM | |
| Pretrial Conference | Mar. 1, 2027 at 1:00 PM | |
| Trial | Mar. 8, 2027 at 9:30 AM | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Travis J. Murray*

Rodger D. Smith II (#3778)
Megan E. Dellinger (#5739)
Travis J. Murray (#6882)
E. Paul Steingraber (#7459)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
mdellinger@morrisnichols.com
tmurray@morrisnichols.com
esteingraber@morrisnichols.com

*Attorneys for Plaintiff SmartSky Networks, LLC*

RICHARDS, LAYTON & FINGER, PA

/s/ *Kelly E. Farnan*

Kelly E. Farnan (#4395)
Sara Metzler (#6509)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendants Gogo Business Aviation, LLC and Gogo, Inc.*

**SO ORDERED** this 11th day of ___September___ 2025.

/s/ *Joshua D. Wolson*
JOSHUA D. WOLSON
UNITED STATES DISTRICT JUDGE