EXHIBIT 7B

# STEVEN H. GOLDBERG

18480 Chelmsford Drive, Cupertino, California 95014
E-mail: steve_goldberg@comcast.net
Mobile: 650-868-9040

## SUMMARY

**SENIOR HIGH TECHNOLOGY EXECUTIVE** with 30+ years of management experience in both small and large business environments. Strong technical background with emphasis on wireless, security, signal processing, AI/ML, telematics, and networking. A hands-on, energetic, people-oriented leader with proven ability to quickly build effective results-oriented teams with focused business objectives. Strong interpersonal and business skills are equally effective with customers and partners as with employees.

- **Operating Partner at Tier 1 venture capital firm for 10+ years**
- **Serial CEO with early-stage technology companies**
- **50+ cases as Expert Witness for IP and patent disputes**
- **Early-stage technology investor and board member**
- **Built successful teams at Trimble, Cylink, Verticom, Nokia, and Arcwave**
- **Supported revenue generation from pre-revenue (Arcwave) to >$250M (Nokia)**
- **Managed ASIC development at Cylink, Nokia, and CoWave**
- **Functional AI skillset including adaptive filtering and 1D/2D signal processing**

## PROFESSIONAL EXPERIENCE

**DYDX Capital (fka Finistere Ventures), Palo Alto, CA**         **November 2021 – Present**
**Managing Partner**

Investing partner at early-stage venture capital firm; focused on technology-based companies focused in and around the food and agriculture ecosystem including adjacent areas of transportation, supply chain, finance, security, ML/AI, robotics, water, climate, etc. and companies that leverage data to solve hard problems.

**BUSINESS AND TECHNOLOGY EXECUTIVE, Cupertino, CA**         **May 2006 to Present**

Support range of markets including wireless communications, IoT, physical and cyber security, signal processing, embedded systems, automotive, robotics, location services, and telematics. Public company board member (SLDP:Nasdaq); advisor to several private companies. Provide Expert Witness support for IP/Patent litigation for wireless, telematics, GPS, and RF-related cases.

**VENROCK ASSOCIATES, Palo Alto, CA.**         **May 2009 to January 2020**
**Operating Partner/Investor**

Operating partner of Venrock, a leading, global venture capital firm; Chartered to manage a technology portfolio and identify attractive new business opportunities in the wireless, security, location services, IoT, robotics, and satellite technology sectors; Current and past director/observer/advisor of 20+ early-stage companies. Frequent public speaker and panelist on a variety of management and technology topics. Provide ongoing business and technical diligence support to Venrock on wide variety of technologies including wireless, telematics, automotive, machine learning, robotics, and IoT. Reviewed/diligenced over 5000 technology companies.

**DATARUNWAY, Inc., Cupertino, CA**         **August 2007 to November 2008**
**President and CEO**

# STEVEN H. GOLDBERG

Early-stage, high-technology company focused on providing broadband Internet and phone service to commercial aircraft and private planes in flight. Technology demonstrated to airline industry; company IP ultimately used to support broadband services to cruise ship industry.

**VIDIENT SYSTEMS, Inc., Santa Clara, CA**                           **January 2007 to July 2007**
**President and CEO**

Overall corporate responsibility for 3-year old venture-backed startup (turn-around) in the video surveillance market (specifically video analytics/content analysis); backed by Trident Capital, Blueprint Ventures, Canaan Partners, and Hotung Capital Mgmt.

- Products include the SmartCatch family of software analytics and hardware processing platforms
- Technology/Channel partners include AMAG/G4, Unisys, Intergraph, Broadware, OnSSI, Milestone, NEC
- Lowered cash usage from $750k to $500K/ mo.; restructured business model/go-to-market strategy from VAR/Integrator to OEM model; added marketing function; restructured product offering and focus; relocated company HQ; supported delivery of SmartCatch 3.0 software and IVR2400 analytics appliance; restructured pricing and margin model; renegotiated all sales/employee revenue-based compensation and commission plans
- Wrote two industry white papers on video analytics; gave numerous press/media interviews; Red Herring and AlwaysOn 100 finalists
- Negotiated $4M bridge funding

**VENROCK ASSOCIATES, Menlo Park, CA.**                           **April 2005 to April 2006**
**Entrepreneur-in-Residence**

Engaged as a full-time contractor to Venrock, a leading, global venture capital firm, to assist in identifying attractive new business opportunities in the wireless, security, networking, and/or location markets.

**ARCWAVE, Inc.  Campbell, California**                           **October 2000 to February 2005**
(CoWave Networks merged with Advanced Radio Cells to form Arcwave in April 2003)
**President and CEO**

First employee of VC-funded (Mayfield, Venrock, SBV, Comcast, Vulcan, Lucent) wireless startup supplying wireless broadband access products to the global cable industry; oversaw construction of corporate infrastructure, hired executive team; led marketing and sales strategy and key technology developments; led all corporate fundraising activities.

- Key in creating product positioning and branding strategy for residential wireless mesh technology (MeshCast$^{TM}$); 5 patents
- Positioned technology as mesh component of IEEE 802.16a standard; managed ASIC development
- Managed $12.4M in original Series A funding and raised $3.7M in a Series B round in Dec. 2002
- Initiated and successfully managed merger of CoWave Networks with Advanced Radio Cells, Inc. to form Arcwave, in April 2003; Raised $8M Series C funds in June 2004 led by new investors Comcast Interactive Capital and Vulcan Ventures

## STEVEN H. GOLDBERG

- At Arcwave, led definition and oversaw development of last-mile wireless cable extension product for Enterprise broadband voice/data service offering from cable industry
- Arcwave customers included Comcast, Time Warner, Cox, Adelphia, Charter, Mediacomm, CableOne

**NOKIA CORP., Mt. View, California**                                                **August 1999 to Oct. 2000**
**Vice President, Research and Development, Nokia Internet Communications**

Brought in to help with the integration of the recently acquired start-up, Ipsilon Networks; overall responsibility for R&D for $70 million R&D budget with 275 engineers worldwide; participated in growth of new business unit from $50M to $250M+ run-rate; hired over 70 engineers and managers; successfully integrated a second 70 person engineering group in Boston, Mass.; core products tied to networking and internet application appliances with strong ties to next generation packet-based cellular systems.
- Actively involved in Sales, Marketing, and Support of global firewall appliance business; regular customer interaction tied to new product development and feature enhancement
- Led development of entire product line, including IP530, IP740, ISS appliance, Anti-Virus appliance, and current version of operating system
- Managed 20+ person ASIC team developing packet processing acceleration ASICs

**VERTICOM, INC., Santa Rosa, California**                                      **December 1997 to August 1998**
**President and CEO**

Overall corporate responsibility for a four-year-old private, VC-funded (NEA) wireless restart involved in radio subsystems for satellite and terrestrial wireless infrastructures.

- Recruited to facilitate turn-around; created new $6.5M operating plan for 1998 (revenue peaked at $16M in FY2000); reduced monthly operating loss from $500K to under $300K
- Built new management team including V.P.'s of manufacturing, finance, and engineering and streamlined document control, sales lead tracking, order generation, and project engineering
- Oversaw restart of stalled product shipments and improvement of average gross margins by >20%
- Oversaw global sales and distribution channel
- More than doubled revenue $/direct labor from $100K to over $200K

**CYLINK CORPORATION, Sunnyvale, California**                                **March 1995 to Dec. 1997**
**Vice President, General Manager, Wireless Communications Division**

Reporting directly to CEO, created Wireless business unit/division; products included spread spectrum radio-modems with worldwide distribution in over 90 countries, 6 international sales offices.

- Brought revenues, profitability from under $7M annually to $31M with gross margins of >55%
- Built management team in sales, marketing, engineering, customer service, and manufacturing
- Managed Cylink cordless phone ASIC business
- Intimately involved in highly successful Cylink IPO in February 1996; worked directly with investment banks and wrote key sections of S-1 registration statement
- Positioned division for sale and made key presentation resulting in Cylink Wireless Division sale to P-Com, Inc. in March 1998 for $60.5M

## STEVEN H. GOLDBERG

- Returned to P-Com, Inc. from Aug. 1998 to Nov. 1998 to manage Cylink integration

**TRIMBLE NAVIGATION, Ltd., Sunnyvale, California**
**Program Manager – Military Division**                                    **Nov. 2008 to Sept. 2009**

- Led interdisciplinary team of engineers (hardware, software, mechanical, RF) in the design of next generation military M-Code GPS receivers for in-flight applications
- Interacted with Program Managers from program partners Raytheon, General Dynamics and with the U.S Air Force GPS Wing contracting organization

**Manager – Vehicle Tracking Division – Communications Systems Group**           **1993 to 1995**

- Led development and marketing group for GPS-based tracking, navigation, and positioning systems
- Co-created new product line for tracking people and cargo using cellular phones with GPS; Tens of thousands sold globally over 10-year period; product line continues today
- On-going global customer interaction during product development and rollout
- Regular interaction with global Sales, Marketing and Support organizations
- Directed engineering teams from concept to fully functional end-user installations; system level interaction with core GPS ASIC development team
- Served as corporate-wide technical resource for strategic planning and intellectual property

**Senior Engineer – Survey Division**                                        **1991 to 1993**

- Co-lead in Differential Corrections Group that developed the line of TrimTalk radio systems; used to provide local corrections to Trimble Series 4000 GPS survey receivers

**APPLIED SIGNAL TECHNOLOGY, Sunnyvale, California**                         **1988 to 1991**
**Program Manager – Wireless Communication Division**

- Regular interaction with government intelligence customers to define product needs
- Directed development of wideband, 1-40GHz, 'flexible' surveillance receiving system
- Led many corporate marketing activities including technical presentations and proposal writing
- Developed company-wide technical training program for over 200 company employees; Developed and taught DSP, Adaptive Filtering, and Digital Communications courses

**HEWLETT-PACKARD CO., Palo Alto, California**                              **1979 to 1988**
**Instructor – Microwave and Communications Group Training Center**          **1980 to 1988**
Responsible for course development and teaching of a variety of electronic measurement subjects on a global basis to HP customers and newly hired HP engineers. Topics included transmission lines, network analysis, spectrum analysis, noise figure, general signal processing techniques, modulation and telecommunications principles.

**Hewlett-Packard Visiting Professor – North Carolina A&T State University**      **1982 to 1983**
On temporary assignment to teach undergraduate electrical engineering courses. Courses included Communications and Modulation Theory, Circuit Analysis and Synthesis and Circuits and Systems.

**Production Engineer – HP Microwave Semiconductor Division**                 **1979 to 1980**

## STEVEN H. GOLDBERG

Responsible for production line support, product improvement and new product introduction for microwave GaAs FET amplifiers and broad range of RF and microwave passive component line from 1-18GHz.

**EMERSON ELECTRIC CO., St. Louis, Missouri**                                    **1978 to 1979**
**Radar Engineer**
Responsible for the design and development of the receiver/transmitter portions of military radar systems. Products included high dynamic range logarithmic receivers and magnetron/klystron-based transmitters.

**CALIFORNIA MICROWAVE, Inc., Sunnyvale, California**                        **1976 to 1978**
**RF and Microwave Engineer**
Responsible for the design and testing of RF and microwave circuits and components for military, telecommunications, and commercial applications. Frequency range from 1-30 GHz.

## EXPERT WITNESS EXPERIENCE

1.  Type of Matter:       Contract Litigation
Parties Involved:        Strategic v. Natomas Park
Services Provided:       Expert report provided for Plaintiff
Disposition:             Judge ruled in favor of Plaintiff
Date:                    2006

2.  Type of Matter:       Patent Infringement
Law Firm:                Jenkins and Gilchrist
Services Provided        Infringement research; Wireless LAN
Disposition:             Completed/Outcome Unknown
Date:                    2006

3.  Type of Matter:       Patent Infringement; Defense
Law Firm:                Orrick, Herrington & Sutcliffe, LLP
Services Provided:       Infringement research, prior art
Subject Matter:          GPS technology
Parties:                 SIRF v Global Locate
Disposition:             Completed/Settled
Date:                    2007

4.  Type of Matter:       Patent Infringement; Plaintiff
Law Firm:                Fish and Richardson
Subject Matter:          Location Services; GPS
Services Provided:       Infringement expert report; Invalidity Rebuttal report; Deposition; Vehicle IP v GM Corp.
Disposition:             Completed
Date:                    2007/2008

5.  Type of Matter:       Patent Invalidity; Defense
Law Firm:                Kilpatrick Stockton

## STEVEN H. GOLDBERG

| | |
|---|---|
| Parties: | Telematics v. Motorola |
| Services Provided: | Declaration |
| Disposition: | Completed/Outcome Unknown |
| Date: | 2008 |

6.  Type of Matter: Patent Invalidity; Defense
Law Firm: Keker & Van Nest
Service Provided: Patent Review, Cable Modems; Rembrandt v Comcast
Disposition: Completed/Outcome Unknown
Date: Nov 2008 – Jan 2009

7.  Type of Matter: Patent Infringement; Plaintiff
Law Firm: Fulbright & Jaworski
Subject Matter: Location Services; GPS
Service Provided: Product review; RemoteMDx vs. STOP LLC
Disposition: Completed/Settled
Date: Dec. 2008 - Jan. 2009

8.  Type of Matter: Patent Infringement; Plaintiff
Law Firm: Kirkland & Ellis
Service Provided: Patent and Prior Art Review
Parties: Intel v Wi-Lan
Disposition: Completed/Outcome unknown
Date: Jan. 2009 – March 2010

9. Type of Matter: Patent Infringement; Defense
Law Firm: Cravath, Swain, & Moore
Service Provided: Patent and Prior Art Review
Parties: ITT v. Qualcomm
Disposition: Completed
Date: Feb. 2010

10. Type of Matter: Patent Reexamination; Defense
Law Firm: Fish and Richardson
Service Provided: Reexamination support; Declaration
Subject Matter: Location Services
Party: Vehicle IP
Disposition: Completed
Date: Nov. 2010

11. Type of Matter: Patent Infringement; Plaintiff
Law Firm: Paul Hastings
Service Provided: Infringement research, telematics hardware
Parties: HTI vs. ProCon
Disposition: Completed
Date: February 2011

12. Type of Matter: Patent Infringement; Defense
Law Firm: FTBK Law
Service Provided: Markman Declaration

# STEVEN H. GOLDBERG

| | |
|---|---|
| Parties: | Visteon v. Mitac |
| Disposition: | Unknown; completed. |
| Date: | July 2011 |

| | |
|---|---|
| 13. Type of Matter | Patent Infringement; Defense |
| Law Firm: | Fish and Richardson |
| Service Provided: | Rebuttal Infringement and Invalidity reports; Deposition |
| Subject Matter: | Consumer golf-related location services |
| Parties Involved: | SkyHawke Technologies, LLC v. Callaway Golf |
| Disposition: | Favorably settled before trial; 3/2012 |

| | |
|---|---|
| 14. Type of Matter | Patent Infringement; Plaintiff |
| Law Firm: | Ostrow Kaufman, LLP |
| Subject Matter: | Air to ground communications |
| Service Provided: | Claim Construction/Summary Judgment Preparation |
| Parties Involved: | Advanced Media Networks v. Gogo LLC/Aircell |
| Disposition: | Favorably settled before trial in Summer 2013 |

| | |
|---|---|
| 15. Type of Matter | Patent Infringement; Plaintiff |
| Law Firm: | Fish and Richardson |
| Service Provided: | Infringement report, Rebuttal Invalidity report, Deposition, Trial Testimony U.S. District Court, Delaware |
| Parties Involved: | Vehicle IP, LLC v. Werner Enterprises |
| Subject Matter: | Location Services; GPS |
| Disposition: | Jury trial complete in Sept. 2013 favoring defense on infringement; validity upheld |

| | |
|---|---|
| 16. Type of Matter | Patent Infringement: Defense |
| Law Firm: | Fish and Richardson |
| Subject Matter | RF/Signal Processing for Cellular Telephones |
| Service Provided: | Claim Construction and Invalidity report, Deposition, Trial Testimony at ITC |
| Parties Involved: | Ericsson v. Samsung |
| Disposition: | Trial at ITC in Sept. 2013; Favorably settled before court decision, Jan. 2014 |

| | |
|---|---|
| 17. Type of Matter | Patent Infringement; Defense |
| Law Firm: | Bryan Cave |
| Subject Matter | Automotive GPS |
| Service Provided: | Declaration re: Preliminary Injunction Hearing; Deposition; Hearing testimony; IPR declaration |
| Parties Involved: | MAcom v. Laird |
| Disposition: | Favorably settled before trial/IPR, April 2015 |

| | |
|---|---|
| 18. Type of Matter: | Product Liability: Defense |
| Law Firm: | Keker and Van Nest, San Francisco, CA |
| Service Provided: | Declaration re: GPS semiconductor architecture and performance |
| Parties Involved: | TomTom International v. Broadcom Corp. |
| Disposition: | Favorably settled before trial, May 2015 |

| | |
|---|---|
| 19. Type of Matter: | IPR; Plaintiff |
| Law Firm: | Sheppard Mullin |

# STEVEN H. GOLDBERG

Subject Matter        GPS; location services
Service Provided:     Multiple expert declarations; Deposition; IPRs
Parties Involved:     TCL
Disposition:          Completed; 2016

20. Type of Matter:   Patent Infringement; Plaintiff
Law Firm:             Fish and Richardson
Subject Matter        Location Services
Service Provided:     Multiple expert reports; 2 Depositions
Parties Involved:     Vehicle IP v. ATT/Verizon
Disposition:          Favorably settled with one defendant; 2017

21. Type of Matter:   Patent Infringement; Plaintiff
Law Firm:             Smith, Gambrell, and Russell
Service Provided:     Discovery support
Parties Involved:     InfoGation; ZTE, HTC
Disposition:          Unknown as of Dec. 2017

22. Type of Matter:   Patent Infringement; Defendant
Law Firm:             Fish and Richardson
Subject Matter        Consumer Electronics; GPS
Service Provided:     Testifying expert; Declaration for IPR
Parties Involved:     Escort, Inc. v. Uniden America Corporation
Case No.:             Civil Action No. 3:18-CV-00161-N
Court:                Northern District of Texas, Dallas Division
Disposition:          Favorably Settled; July, 2020

23. Type of Matter:   Patent Infringement; Plaintiff
Law Firm:             Bunsow De Mory LLP
Subject Matter        Consumer Electronics; Cellular Telephones
Service Provided:     Markman Hearing support; Deposition
Parties Involved:     Theta IP, LLC. v Samsung Electronics Co., LTD and Samsung Electronics America, Inc.
Case No.              Civil Action No.: WA:20-CV-0160-ADA
Court:                Western District of Texas, Waco Division
Disposition:          Favorably settled; January 2022

24. Type of Matter:   Patent Infringement; Plaintiff
Law Firm:             Steptoe
Subject Matter:       Consumer Electronics; Automotive Telematics; GPS
Service Provided:     Testifying expert; Infringement report, Rebuttal Report, Witness Statement, Deposition; ITC trial testimony
Parties Involved:     Broadcom v. Toyota; CERTAIN INFOTAINMENT SYSTEMS, COMPONENTS THEREOF, AND AUTOMOBILES CONTAINING THE SAME
Court:                International Trade Commission
Case No.              337-TA-1119
Disposition:          2018-2020; Completed; Decision in favor of Defense; Under Appeal

25. Type of Matter:   Patent Infringement; Supporting Defendant and Counter Plaintiff

## STEVEN H. GOLDBERG

Law Firm:                Amster, Rothstein, and Ebenstein
Subject Matter:          Enterprise Wireless; Retail; Bluetooth
Service Provided:        Testifying expert; Non-Infringement Rebuttal Report
Court:                   Middle District of Florida, Orlando Division
Case No.:                6:18-cv-00064-RBD-GJK
Parties Involved:        Proxicom Wireless v. Macy's Inc. and Macy's Florida Stores, LLC
Disposition:             Favorably settled; July 2019

26. Type of Matter:      Patent IPR, Supporting Patent Owner
Subject Matter           Automotive, GPS
Law Firm:                Steptoe
Court:                   Patent Trial and Appeal Board
Case No.:                IPR2019-00737, IPR2019-00816
Services Provided:       Declarations, Deposition
Parties Involved:        u-blox AG, Japan Radio Co., Ltd., Petitioners; Broadcom Corp., Patent Owner
Disposition:             Unknown

27. Type of Matter:      Patent IPR, Supporting Petitioner
Subject Matter:          Automotive, Mapping
Law Firm:                Erise IP, P.A.
Court:                   Patent Trial and Appeal Board
Case No.:                IPR2020-01254, IPR2020-01253
Services Provided:       Two (2) declarations, 2H2020
Parties Involved:        Apple Inc., Petitioner; Navblazer, LLC, Patent Owner
Disposition:             Awaiting Deposition (if needed)

28. Type of Matter:      Patent IPR, Supporting Patent Owner
Subject Matter:          Vehicle to Vehicle Communication
Law Firm:                McDonnell, Boehnen, Hulbert & Berghoff
Services Provided        IPR Declaration, 2H2020
Court:                   Patent Trial and Appeal Board
Case No:                 IPR2020-00354
Parties Involved         Unified Patents, LLC, Petitioner; AutoBrilliance, LLC, Patent Owner
Disposition:             Declaration Completed; Case Status Unknown

29. Type of Matter:      Patent Infringement; Defendant
Subject Matter:          Consumer Electronics
Law Firm:                WilmerHale
Services Provided        Technical/Business Expert; Expert Report; Deposition
Court:                   U.S. District Court, District of Delaware
Case No.:                Civil Action No. 19-1031-RGA-SRF
Parties Involved:        NextStep, Inc. v. Comcast Communications
Disposition:             Favorably settled at trial in Sept 2021

30. Type of Matter:      Patent Infringement; Plaintiff
Subject Matter:          Business Aviation Communications
Law Firm:                Burr and Foreman
Service Provided:        Testifying Expert; Declaration supporting Summary Judgement;
                         Infringement report, Invalidity Rebuttal report, Reply report;
                         2 depositions

## STEVEN H. GOLDBERG

Court:                    U.S District Court, District of Delaware
Case No.:                 C.A. No. 22-266-VAC-MPT
Parties Involved:         SmartSky Networks, LLC v. Gogo Business Aviation, LLC
Disposition:              Ongoing; Trial scheduled April 14-20, 2025

31. Type of Matter:       Patent IPR, Supporting Patent Owner
Subject Matter:           Automotive; EV Charging
Law Firm:                 Carter Arnett
Service Provided:         IPR Declaration
Court:                    Patent Trial and Appeal Board
Case No:                  IPR2022-0519
Parties Involved:         United Patents, LLC, Petitioner; Charge Fusion Technologies, LLC, Patent Owner
Disposition:              PTAB found in favor or Patent Owner, August, 2022

32. Type of Matter:       Patent IPR; Supporting Patent Owner
Subject Matter:           Automotive Communications
Law Firm:                 Volpe Koenig
Service Provided:         IPR Declaration
Court:                    Patent Trial and Appeal Board
Case No:                  IPR2022-00708
Parties Involved:         Toyota Motor Corp., Petitioner; Intellectual Ventures II, LLC, Patent Owner
Disposition:              Declaration Completed

33. Type of Matter:       Patent Infringement; Supporting Patent Owner
Subject Matter:           Automotive Communications
Law Firm:                 Rozier Hardt McDonough PLLC
Service Provided:         Declaration Opposing Summary Judgement
Parties Involved:         Fleet Connect Solutions, LLC. v. Precision Drilling Corporation
Court:                    Western District of Texas, Waco Division
Case No.:                 Civil Action No. 6.21-CV-00987-ADA
Disposition:              Declaration Completed; May, 2022

34. Type of Matter:       Patent Infringement; Supporting Patent Owner
Subject Matter:           Automotive Communications
Law Firm:                 Rozier Hardt McDonough PLLC
Service Provided:         Declaration Opposing Summary Judgement
Court:                    Western District of Texas, Waco Division
Case No:                  Civil Action No. 6:21-CV-00988-ADA
Parties Involved:         Fleet Connect Solutions, LLC v. Flying Star Transport, LLC
Disposition:              Declaration Completed; May 2022

35. Type of Matter:       Patent Infringement; Supporting Patent Owner
Subject Matter:           Automotive Communications
Law Firm:                 Rozier Hardt McDonough PLLC
Service Provided:         Declaration Supporting Claim Construction Brief
Court:                    Western District of Texas, Waco Division
Case No:                  Civil Action No. 6:21-cv-01306-ADA

## STEVEN H. GOLDBERG

| | |
|---|---|
| Parties Involved: | Fleet Connect Solutions, LLC v. MV Transportation, Inc. and MV Contract Transportation, Inc. |
| Disposition: | Declaration Completed, July 2022 |

| | |
|---|---|
| 36. Type of Matter: | Patent Infringement; Supporting Patent Owner |
| Subject Matter: | Automotive Communications |
| Law Firm: | Rozier Hardt McDonough PLLC |
| Service Provided: | Declaration; Regarding the Meaning of Certain Terms in the Asserted Patents |
| Court: | Western District of Texas, Marshall Division |
| Case No: | Civil Action No. 2:21-cv-365-JRG |
| Parties Involved: | Fleet Connect Solutions, LLC v. Waste Connections US, Inc. and Waste Connections of Texas, LLC |
| Disposition: | Unknown, July 2022 |

| | |
|---|---|
| 37. Type of Matter | Patent Infringement; Supporting Plaintiff |
| Subject Matter | Automotive Telematics |
| Law Firm: | Kirkland and Ellis, LLP |
| Service Provided: | Claim Construction Support; Declaration, Deposition |
| Parties Involved: | Omnitracs, LLC and XRS Corporation v. Platform Sciences, Inc. |
| Court: | Southern District of California |
| Case No: | 3:20-cv-0958-CAB-MDD |
| Disposition: | Completed, August 2022 |

| | |
|---|---|
| 38: Type of Matter | Contract Dispute; Supporting Respondents |
| Subject Matter: | Enterprise Software; Internet Communications |
| Services Provided: | Witness Statement Prep |
| Law Firm: | Snell & Wilmer |
| Parties Involved: | DISH WIRELESS L.L.C. and DISH PURCHASING CORPORATION v. REVOKIND INC., JUSTIN CASWELL and REVOFI LLC |
| Court: | American Arbitration Association |
| Case No: | 01-22-0002-3635 |
| Disposition: | Completed; Case status unknown |

| | |
|---|---|
| 39. Type of Matter: | Patent IPR, Supporting Patent Owner |
| Subject Matter: | Automotive; EV Charging |
| Law Firm: | Carter Arnett |
| Service Provided: | IPR Declaration; Deposition |
| Court: | Patent Trial and Appeal Board |
| Case No: | IPR2022-01217 |
| Parties Involved: | Tesla, Inc., Petitioner; Charge Fusion Technologies, LLC, Patent Owner |
| Disposition: | Declaration Complete, September 2022 |

| | |
|---|---|
| 40. Type of Matter | Patent IPR, Supporting Patent Owner |
| Subject Matter: | Automotive Communications |
| Law Firm: | Volpe Koenig |
| Service Provided: | IPR Declaration |
| Court: | Patent Trial and Appeal Board |
| Case No: | IPR2022-00429 |
| Parties Involved: | United Patents; Intellectual Ventures II, LLC, Patent Owner |
| Disposition: | Declaration Completed, November 2022 |

# STEVEN H. GOLDBERG

| | |
|---|---|
| 41. Type of Matter | Patent IPR, Supporting Patent Owner |
| Subject Matter: | Automotive Communications |
| Law Firm: | Volpe Koenig |
| Service Provided: | IPR Declaration |
| Court: | Patent Trial and Appeal Board |
| Case No: | IPR2022-00709 |
| Parties Involved: | Toyota Motor Corp., Petitioner; Intellectual Ventures II, LLC, Patent Owner |
| Disposition: | Declaration Completed, January 2023 |

| | |
|---|---|
| 42. Type of Matter | Patent Infringement; Supporting Plaintiff |
| Subject Matter | Automotive Telematics |
| Law Firm: | Kirkland & Ellis, LLP |
| Service Provided: | Claim Construction Support; Second declaration; Deposition |
| Parties Involved: | Omnitracs, LLC and XRS Corporation v. Platform Sciences, Inc. |
| Court: | Southern District of California |
| Case No: | CASE NO. 3:20-cv-0958-CAB-MDD |
| Disposition: | Completed, February 2023 |

| | |
|---|---|
| 43. Type of Matter | Patent Dispute, Supporting Patent Owner |
| Subject Matter: | Automotive; EV Charging |
| Service Provided: | Claim Construction Declaration |
| Law Firm: | Carter Arnett |
| Court: | Patent Trial and Appeal Board |
| Parties Involved: | Tesla, Inc., Petitioner; Charge Fusion Technologies, LLC, Patent Owner |
| Case No: | IPR2023-00062 |
| Disposition: | Declaration Completed, February 2023 |

| | |
|---|---|
| 44. Type of Matter | Patent IPR, Supporting Patent Owner |
| Subject Matter: | Automotive Communications |
| Law Firm: | Volpe Koenig |
| Service Provided: | IPR Declaration |
| Court: | Patent Trial and Appeal Board; Deposition |
| Case No: | IPR2022-00857 |
| Parties Involved: | Toyota Motor Corp., Petitioner; Intellectual Ventures II, LLC, Patent Owner |
| Disposition: | Completed, February 2023 |

| | |
|---|---|
| 45. Type of Matter | Patent IPR, Supporting Petitioner (Foursquare) |
| Subject Matter: | Targeted Marketing/Wireless Messaging |
| Law Firm: | Barnes & Thornburg, LLP |
| Service Provided: | IPR Declaration for two patents |
| Court: | Patent Trial and Appeal Board |
| Case No: | IPR2023-00918/19 |
| Parties Involved: | Foursquare Labs, Inc. v. BoardActive Corporation |
| Disposition: | IPRs Completed, May 2023; Both instituted Dec. 2023, Deemed Unpatentable Dec. 2024 |

| | |
|---|---|
| 46. Type of Matter | Patent Dispute; Supporting Patent Owner |
| Subject Matter | Consumer Electronics |

# STEVEN H. GOLDBERG

| | |
|---|---|
| Service Provided | Claim Construction Declaration; 2 Depositions; In-person Technical Tutorial |
| Law Firm | Fried Frank |
| Court | U.S District Court, Northern District of CA, Oakland Div. |
| Case No. | 4:19-CV-01315-JSW |
| Parties Involved | Cellwitch Inc. v. Tile, Inc. |
| Disposition | Ongoing |

| | |
|---|---|
| 47. Type of Matter | Patent Dispute; Supporting Defendant, Charter Communications |
| Subject Matter | Telecommunications Service Provider |
| Service Provided | Invalidity Expert for 6 patents; Expert report; Deposition |
| Law Firm | Arnold & Porter |
| Court | U.S. District Court, Eastern District of Texas, Marshall Div. |
| Case No. | 2:22-cv-00125-JRG |
| Parties Involved | Entropic Communications, LLC v. Charter Communications, Inc. |
| Disposition | Favorably settled; Dec. 2023 |

| | |
|---|---|
| 48. Type of Matter: | Patent IPR, Supporting Patent Owner |
| Subject Matter: | Automotive; EV Charging |
| Law Firm: | Carter Arnett |
| Service Provided: | IPR Declaration; Patent Owner Response; Deposition |
| Court: | Patent Trial and Appeal Board |
| Case No: | IPR2023-00062 |
| Parties Involved: | Tesla, Inc., Petitioner; Charge Fusion Technologies, LLC, Patent Owner |
| Disposition: | Declaration Complete, August 2023 |

| | |
|---|---|
| 49. Type of Matter: | Patent IPR, Patent Owner Response |
| Subject Matter: | Automotive; EV Charging |
| Law Firm: | Carter Arnett |
| Service Provided: | IPR Declaration, Deposition |
| Court: | Patent Trial and Appeal Board |
| Case No: | IPR2023-00063 |
| Parties Involved: | Tesla, Inc., Petitioner; Charge Fusion Technologies, LLC, Patent Owner |
| Disposition: | Declaration Complete, September 2023 |

| | |
|---|---|
| 50. Type of Matter: | Patent Dispute; Supporting Plaintiff |
| Subject Matter: | Automotive; Telematics |
| Law Firm: | Kirkland & Ellis LLP |
| Court: | International Trade Commission |
| Services Provided | 3 patents, Infringement, Invalidity Rebuttal reports; Deposition ITC trial testimony |
| Parties Involved: | Samsara Inc. v. Motive Technologies, Inc. |
| Case No. | 337-TA-1393 |
| Disposition: | ITC Hearing, March, 2025, completed. |

| | |
|---|---|
| 51. Type of Matter: | Patent Dispute; Supporting Plaintiff |
| Subject Matter: | Location Services |
| Law Firm: | Wilson Sonsini Goodrich & Rosati |
| Court: | U.S. District Court, District of Delaware |
| Case No: | 1:23-cv-00055-CFC |
| Parties Involved: | SZ DJI Technology Co. Ltd. v. Textron Specialized Vehicles Inc. |

## STEVEN H. GOLDBERG

| | |
|---|---|
| Disposition: | Completed February 2024 |

| | |
|---|---|
| 52. Type of Matter: | Patent Infringement; Supporting Patent Owner |
| Subject Matter: | Communications |
| Law Firm: | Rozier Hardt McDonough PLLC |
| Service Provided: | Declaration; Regarding the Meaning of Certain Terms in the Asserted Patents |
| Court: | U.S District Court, Western District of Texas, Waco Division |
| Case No: | Civil Action No. 6:23-CV-00623-ADA; Civil Action No. 6:23-CV-00682-ADA |
| Parties Involved: | Fleet Connect Solutions, LLC v. Rivian/Peloton |
| Disposition: | Completed October 2024 |

| | |
|---|---|
| 53. Type of Matter: | Corporate Dispute; Supporting Defendants |
| Subject Matter: | Consumer Electronics |
| Law Firm: | Rutan & Tucker, LLP, Talglaw |
| Court: | U.S. District Court, Central District of California |
| Case No. | 8:23-cv-01709-CBM-DFM |
| Parties Involved: | Hyundai Motor Company, et al., v Hyundai Technology Group, Inc., et. al. |
| Disposition: | Ongoing |

| | |
|---|---|
| 54. Type of Matter: | Patent Infringement; Supporting Patent Owner |
| Subject Matter: | Communications |
| Law Firm: | Rozier Hardt McDonough PLLC |
| Service Provided: | Declaration; Regarding the Meaning of Certain Terms in the Asserted Patents |
| Court: | U.S. District Court, Western District of Texas, Waco Division |
| Case No: | Civil Action No. 6:24-cv-00116 |
| Parties Involved: | Fleet Connect Solutions, LLC (Plaintiff) v. Enterprise Holdings, Inc. and Enterprise Fleet Management, Inc. (Defendants) |
| Disposition: | Completed October 2024 |

| | |
|---|---|
| 55. Type of Matter: | Patent IPR; Supporting Patent Owner |
| Subject Matter: | Automotive Communications |
| Law Firm: | Volpe Koenig |
| Service Provided: | IPR Declaration |
| Court: | Patent Trial and Appeal Board |
| Case No: | IPR2024-00109, IPR2024-00124 |
| Parties Involved: | Lenovo Petitioner; Intellectual Ventures II, LLC, Patent Owner |
| Disposition: | IPR Completed, December 2024 |

| | |
|---|---|
| 56. Type of Matter: | Civil Breach of Contract/Fiduciary Duty |
| Subject Matter: | Venture Investing |
| Law Firm: | Demeo LLP |
| Service Provided: | Declaration, Deposition, trial testimony |
| Court: | Superior Court of the State of California |
| Case No: | 0-2021-01191735-CU-BT-CJC |
| Parties Involved: | Preston Clark and Growthpoint Global, Inc., Plaintiffs, v. Windsail Credit Fund, L.P., Windsail Capital Fund, L.P., et al. |
| Disposition: | Trial testimony completed, May, 2025 |

| | |
|---|---|
| 57. Type of Matter: | Patent Infringement; Supporting Patent Owner |
| Subject Matter: | Communications |

## STEVEN H. GOLDBERG

| | |
|---|---|
| Law Firm: | Rozier Hardt McDonough PLLC |
| Service Provided: | Declaration; In Support of Consolidated Complaint for Patent Infringement |
| Court: | U.S. District Court, Eastern District of Texas, Marshall Division |
| Case No: | Civil Action No. 2:24-cv-00718-JRG-RSP |
| Parties Involved: | Fleet Connect Solutions, LLC (Plaintiff) v. Powerfleet, Inc. (Defendant) |
| Disposition: | Completed December 2024 |

| | |
|---|---|
| 58. Type of Matter: | Patent Infringement; Supporting Patent Owner |
| Subject Matter: | Communications |
| Law Firm: | Rozier Hardt McDonough PLLC |
| Service Provided: | Declaration; Regarding the Meaning of Certain Terms in the Asserted Patents |
| Court: | U.S. District Court, Central District of California |
| Case No: | Civil Action No. 5:24-cv-00376-KK-SP |
| Parties Involved: | Fleet Connect Solutions, LLC (Plaintiff) v. C.R. England and Orbcomm, Inc. (Defendants) |
| Disposition: | Completed December 2024 |

| | |
|---|---|
| 59. Type of Matter: | Patent Infringement; Supporting Patent Owner |
| Subject Matter: | Communications |
| Law Firm: | Rozier Hardt McDonough PLLC |
| Service Provided: | Declaration: Supplemental Declaration in Support of Plaintiffs Complaint for Patent Infringement (101 Related) |
| Court: | U.S. District Court, District of Arizona |
| Case No: | Civil Action No. 2:24-cv-02894-MTL |
| Parties Involved: | Fleet Connect Solutions, LLC (Plaintiff) v. GPS Insight, Inc. (Defendants) |
| Disposition: | Completed March 2025 |

| | |
|---|---|
| 60. Type of Matter: | Patent Infringement, Supporting Plaintiff |
| Subject Matter: | Automotive; EV Charging |
| Law Firm: | Altima Advisors/Attorneys, LLC, Cozen O'Connor |
| Service Provided: | Infringement support, Claim Construction Declaration |
| Court: | U.S. District Court, District of Delaware |
| Case No: | C.A. No. 1:22-cv-01379-JCB |
| Parties Involved: | Charge Fusion Technologies, LLC (Plaintiff) v. Polestar Automotive USA, Inc. (Defendant) |
| Disposition: | Ongoing |

| | |
|---|---|
| 61. Type of Matter: | Patent IPR, Supporting Patent Owner |
| Subject Matter: | Automotive; EV Charging |
| Law Firm: | Carter Arnett |
| Service Provided: | IPR Declaration in Support of Patent Owner's Response |
| Court: | Patent Trial and Appeal Board |
| Case No: | Case IPR2025-00032 |
| Parties Involved: | Tesla, Inc., Petitioner; Charge Fusion Technologies, LLC, Patent Owner |
| Disposition: | Completed, February, 2025 |

| | |
|---|---|
| 62. Type of Matter: | Patent Dispute; Supporting Plaintiff |
| Subject Matter: | Cellular Technology |
| Law Firm: | Mayer Brown LLP |
| Court: | International Trade Commission |

# STEVEN H. GOLDBERG

Services Provided          Multiple patents review

Parties Involved:          Certain Mobile Electronic Devices; Maxell v Samsung
Case No.                   337-TA-1432
Disposition:               Ongoing

63. Type of Matter:        Patent Dispute; Supporting Plaintiff
Subject Matter:            Automotive; Telematics and Vehicle Sensors
Law Firm:                  Kasowitz Benson Torres LLP
Court:                     Western District of Texas, Austin Division
Services Provided          4 patents, Infringement review
Parties Involved:          Intellectual Ventures II LLC v Tesla, Inc.
Case No.                   1:24-cv-884-ADA
Disposition:               Ongoing

64. Type of Matter:        Patent IPR, Supporting Patent Owner
Subject Matter:            Automotive; EV Charging
Law Firm:                  Cozen O'Connor
Service Provided:          IPR Declaration in Support of Patent Owner's Preliminary Response
Court:                     Patent Trial and Appeal Board
Case No:                   Case IPR2025-00152
Parties Involved:          Tesla, Inc., Petitioner; Charge Fusion Technologies, LLC, Patent Owner
Disposition:               Completed April 2022

65. Type of Matter:        Patent IPR, Supporting Patent Owner
Subject Matter:            Automotive; EV Charging
Law Firm:                  Cozen O'Connor
Service Provided:          IPR Declaration in Support of Patent Owner's Preliminary Response
Court:                     Patent Trial and Appeal Board
Case No:                   Case IPR2025-00153
Parties Involved:          Tesla, Inc., Petitioner; Charge Fusion Technologies, LLC, Patent Owner
Disposition:               Completed, April 2025

66. Type of Matter:        Patent Infringement; Supporting Patent Owner
Subject Matter:            Communications
Law Firm:                  Rozier Hardt McDonough PLLC
Service Provided:          Declaration; Regarding 35 U.S.C. 101
Court:                     U.S. District Court, Northern District of Texas, Dallas Division
Case No:                   Civil Action No.  3:25-cv-00233-B
Parties Involved:          Fleet Connect Solutions, LLC (Plaintiff) v. Werner Enterprises, Inc. (Defendant)
Disposition:               Completed April 2025

67. Type of Matter        Patent Infringement; Supporting Patent Owner
Subject Matter:            Communications
Law Firm:                  Rozier Hardt McDonough PLLC
Service Provided:          Declaration; Regarding 35 U.S.C. 101
Court:                     U.S. District Court, Eastern District of Texas, Marshall Division
Case No:                   Civil Action No.  2:25-cv-00256-JRG
Parties Involved:          Local Interest, LLC (Plaintiff) v. Petsmart, LLC. (Defendant)
Disposition:               Completed May 2025

# STEVEN H. GOLDBERG

68. Type of Matter      Patent Infringement; Supporting Patent Owner
Subject Matter:         Communications
Law Firm:               Rozier Hardt McDonough PLLC
Service Provided:       Declaration; Regarding 35 U.S.C. 101
Court:                  U.S. District Court, Middle District of Florida, Tampa Division
Case No:                Civil Action No.  8:25-cv-00576-MSS-TGW
Parties Involved:       Pointivo, Inc. (Plaintiff) v. 5x5 Technologies, Inc. (Defendant)
Disposition:            Completed May 2025

69. Type of Matter      Patent Infringement; Supporting Patent Owner
Subject Matter:         Communications
Law Firm:               Rozier Hardt McDonough PLLC
Service Provided:       Declaration; Regarding 35 U.S.C. 101
Court:                  U.S. District Court, District of Arizona
Case No:                Civil Action No.  2:24-cv-02894-MTL
Parties Involved:       Fleet Connect Solutions, LLC. (Plaintiff) v. GPSInsight, Inc. (Defendant)
Disposition:            Completed May 2025

70. Type of Matter      Personal Injury; Supporting Plaintiff
Subject Matter:         Traffic Accident
Law Firm:               Chopra & Nocerino, LLP
Service Provided:       Declaration; Video Recording Technology
Court:                  Supreme Court, Nassau County, NY
Parties Involved:       Marianna Inniattoa (Plaintiff) v. BLS Company (Defendant)
Disposition:            Ongoing

71. Type of Matter      Class Action Suit
Subject Matter:         Violation of Washington State Gambling Laws
Law Firm:               Schroeter Goldmark & Bender
Service Provided:       Location services technology research and support
Court:                  U.S. District Court, Western District of Washington, Seattle
Case No:                Civil Action No.  2:24-cv-00460-TL
Parties Involved:       Tyler Kuhk (Plaintiff) v. Playstudios, Inc. (Defendant)
Disposition:            Ongoing

## PUBLICATIONS

1.      "Bit Error Rate Performance of a DS/DPSK Spread Spectrum Receiver", S.H. Goldberg and R.A. Iltis, Proceedings of MILCOM, 1985;

2.      "Joint Interference Rejection / Channel Equalization in DS Spread Spectrum Using the CMA Equalizer and Maximum Likelihood Techniques", R.A. Iltis and S.H. Goldberg, Proceedings of MILCOM, 1987;

# STEVEN H. GOLDBERG

3.  "PN Code Synchronization Effects on Narrowband Interference Rejection in a Direct-Sequence Spread Spectrum Receiver," R.A. Iltis and S.H. Goldberg, IEEE Transactions on Communications, 1988;

4.  "A single processor packet radio modem for land mobile vehicle tracking applications," G. Kremer, J. MacKnight, R. Lao, and S. Goldberg, Signals, Systems and Computers, 1994, 1994 Conference Record of the Twenty-Eighth Asilomar Conference;

5.  "Separation and bearing estimation of co-channel signals," B.J. Sublett, R.P. Gooch, S.H. Goldberg, Proceedings of MILCOM 1989;

6.  "A DS spread spectrum RAKE receiver with narrowband interference rejection capability: operation in fading channels," R.A. Iltis, and S.H. Goldberg, S.H. Proceedings of MILCOM 1989

## EDUCATION

**Ph.D.E.E.,** Dept. of Electrical and Computer Engineering, University of California, Santa Barbara, CA, 1988
Dissertation Subject Area: Signal Processing for Broadband Communications; strong background in adaptive filtering, communications systems architectures, and statistical signal processing
**M.S.E.E., B.S.E.E.,** Washington University, Saint Louis, Missouri, 1975, 1980
Major areas of study included RF design and communications theory

## PATENTS

| Patent | Date | Description |
|--------|------|-------------|
| 5,742,509 | 4/21/1998 | Personal tracking system integrated with base station |
| 4,410,949 | 10/18/1983 | Controller for fuel dispenser |

## ACTIVITIES - PERSONAL

- Advisor, Alcatraz.ai, Palo Alto, CA; AI-based Security Access Control; January 2018-Present
- Advisor, Bruviti, Campbell, CA; AI-based S/W for Enterprise Industrial Maintenance/Triage; March 2020-Present
- Advisor, Accern, New York, NY; AI-based Enterprise Support; September 2020 - December, 2024
- Board Member, Sidework (fka Backbar), San Diego, CA, Representing DYDX Capital, 2022-Present
- Board Member, Growers Edge, Johnston, IA, Representing DYDX Capital, 2022- December 2024
- Board Member, CropX, Netanya, Israel, Representing DYDX Capital, 2022- February, 2025
- Board Observer, Taranis, Aviv-Yafo, Israel, Representing DYDX Capital, 2022-February, 2025
- Independent Board Member; Solid Power (NASD:SLDP): Louisville, Colo.; Sept. 2019 – Present; Chairman, Compensation Committee Dec. 2021-May 2025, Member Audit and Nomination/Governance Committees, May 2025- Present
- Independent Board Member, Savari Networks, Santa Clara, CA; April 2016- December 2020
- Venture Partner, Fusion Fund, Palo Alto, California; June 2020 – August 2021
- Engineering Consultant, Hi Fidelity Genetics, Durham, N.C.; September 2020 – September 2021
- Mentor, Silicon Valley Forum International Programs; 2018-2019
- Board Observer/Board Member/Past Chairman; SVForum, January 2014-May 2018
- Dean's Executive Professor, Santa Clara University, Leavey School of Business, Fall 2015
- National Judge, Ernst and Young 2013/2014/2015 Entrepreneur of the Year Award
- National Judge, VCIC, 2015 (Global MBA student VC competition)

## STEVEN H. GOLDBERG

- National Judge, FLoW, 2015 (DOE sponsored Cleantech competition)
- Life Senior Member IEEE; 1994 President IEEE Santa Clara Valley Communications Society
- Adjunct Professor, Electrical Engineering Dept; Santa Clara University, 1990
- Visiting Faculty, Elec. Eng. Dept.; U.C. Santa Barbara, 1985
- Lifetime CA Community College Instructor Credential in Engineering
- Amateur Radio Extra Class License WQ6L
- German language proficiency
- U.S. Soccer Federation Referee; NISOA/NCAA Soccer Referee
- 1996 U.S. Figure Skating Association Masters Pairs Champion, Lake Placid, New York.
- Married (Monica), Two children (Aren, 30 and Jennifer, 28)

[PAGE INTENTIONALLY LEFT BLANK]

# BRYCE R. COOK





+1.480.608.5760

bryce.cook@impactff.com

www.impactff.com

## EDUCATION

MBA, Arizona State University

BS, Finance, Brigham Young University

## CERTIFICATIONS

Certified Management Accountant

## AFFILIATIONS

Institute of Management Accountants

National Association of Certified Valuators and Analysts (past member)

Licensing Executives Society

American Bar Association, Litigation Section, Intellectual Property Committee

## Economic Damages Expert – Complex Commercial Litigation – Intellectual Property – Forensic Accounting

Bryce Cook is the Managing Partner and Founder of Impact Financial Forensics where he specializes in forensic accounting and analysis of economic damages related to breach of contract, infringement of intellectual property rights, professional malpractice, fraud, post-acquisition disputes and franchise matters, among other causes of action.

With over 35 years of experience, Bryce has given expert testimony on forensic accounting and damages issues in venues across the nation and internationally, including in federal, state, and administrative law courts and in arbitrations. He has presented at national conventions of the American Bar Association, Licensing Executives Society, American Institute of CPAs, and other professional societies.

### Economic Damages and Forensic Accounting

- Analyzed causation and damages issues in numerous auditor and legal malpractice claims brought by bankruptcy trustees, investors, government agencies and companies. Analyzed the failed/injured companies' financial condition over time to determine what caused their failure or economic loss and what losses were unavoidable given the nature and timing of the alleged wrongful conduct.

- Engaged as causation and damages expert by a private equity firm to analyze $50 million damage claim brought by the purchaser of a business who alleged fraudulent misrepresentation. Key issues included quantification of losses from intercompany interest charges, projected legal settlements, projected future profits, and opportunity cost of forgone investments.

- Prepared a damage claim for lost profits of a federally chartered bank and provided expert testimony on causation and damages. Built a detailed financial model to determine the bank's return on assets had it received a capital infusion on a certain date and not been in violation of institution-specific capital requirements.

- Engaged as consulting expert by joint defense counsel in a shareholder action against executives of Washington Mutual (the largest bank failure in U.S. history). Performed analysis of capital adequacy, underwriting, risk management, financial performance metrics, securitization performance and other factors to address the shareholders' allegations.

## BRYCE R. COOK

- On the forensic accounting team engaged by the Special Committee of the Senate to investigate Madison Guaranty Savings and Loan, Whitewater and the roles of the Clintons and related parties in those entities. Designed procedures for tracing funds flow among multiple accounts, institutions and individuals. Conducted extensive analysis of funds flow, sources and uses of funds, and related-party transactions. In conjunction with a law firm, we issued a lengthy report that was widely recognized as the most thorough and objective analysis of the Whitewater affair.

- Forensic accounting expert engaged to reconstruct the capital accounts of a dissolved physicians practice to determine the ending capital owed to/by the various partners based on a review and analysis of multiple years of accounting and tax records. Analysis included determining the relative value of services provided, real estate contributed, and other resources contributed or used that flowed through the partnership over this time period.

Intellectual Property Disputes

- Forensic accounting and damages expert for craigslist in its highly-publicized lawsuit against eBay for misappropriating trade secrets provided under a non-disclosure agreement. Analyzed how eBay used craigslist's confidential information in its business plans, forecasts and strategic planning analyses. Analyzed value of website metrics and confidential business information eBay obtained from craigslist for purposes of determining a reasonable royalty.

- Patent damages expert in numerous patent-infringement disputes involving pharma, biotech, medical devices and other industries. Engaged by a generic-drug company to analyze damages claimed by the branded-drug firm due to the generic drug's alleged infringement. Analyzed market analogues, available substitutes, pricing strategies and testified at preliminary-injunction hearing.

- Trademark damages expert in numerous trademark-infringement matters. Engaged to assess damages under the Lanham Act monetary remedies of lost profits, unjust enrichment and reasonable royalty. Disputes involved: worldwide real estate franchise/brands, furniture brands, restaurant franchises, branded resort-style apartment communities, national car-donation charities, national carpet-cleaning franchises, among others.

- Damages expert in various Lanham Act disputes that claimed false advertising, disparagement and/or harm to business reputation. Analyzed various financial and website metrics to assess impact of the alleged wrongful conduct. Disputes involved: insurance companies, software, Barrett-Jackson classic car auction, stock brokerage firms, pharmaceuticals, and nationally-branded epoxy products.

Valuation

- Performed valuations in the context of damage claims, solvency analyses and business transactions. Included public and privately-held companies, patents, trademarks, franchises and early-stage technologies.

- Appointed by a Swiss court as the independent expert in a fraudulent conveyance action to value a medical device patent.

## BRYCE R. COOK

---

### Relevant Work History

- Impact Financial Forensics – 2022-present
- Ankura Consulting Group – 2018-2022
- Navigant Consulting, Inc. – 2004-2018
- Tucker Alan Inc. – 1994-2004
- Peterson Consulting – 1987-1994

### Testimony Experience

*American Tech Services, Inc. v. Raytheon Service Company, et al.*
U.S. District Court, Phoenix, AZ
- Deposition: January 1997
- Trial: May 1997

*Lamb Architects & Associates, Inc. v. Wingate Inns L.P.*
American Arbitration Association, Phoenix, AZ
- Deposition: September 1997
- Arbitration: September 1997

*H-D Michigan, Inc. (Harley Davidson) v. Bikers Dream, Inc., et al.*
U.S. District Court, Los Angeles, CA, 1998
- Declaration: April 1998

*Process Construction, Inc. v. The Tartaric Manufacturing Corporation, et al.*
Superior Court of California, Stanislaus County
- Deposition: May 1999
- Deposition: August 1999

*Robert Smith v. Casa Grande/I-10 Land Partners Joint Venture II, et al.*
Superior Court of Arizona, Maricopa County
- Declaration: September 1999
- Deposition: July 2001
- Trial: October 2001

*Leasco, Inc., Debtor v. Santo Domingo & Company, Inc., et al.*
U.S. Bankruptcy Court, Phoenix, AZ
- Deposition: May 2004
- Trial: June 2004

## BRYCE R. COOK

*Next Phase Enterprises v. Action Performance Companies*
Superior Court of Arizona, Maricopa County
- Deposition: July 2007

*Snikpoh Investments LP v. Inilex, Inc., et al.*
American Arbitration Association, Phoenix, AZ
- Deposition: August 2007

*Eurofresh/Travelers v. Town of Snowflake, Arizona, et al.*
Superior Court of Arizona, Navajo County
- Deposition: October 2007
- Trial:  February 2010

*Certain Underwriters at Lloyd's, London v. Delta Diversified Enterprises, Inc.*
Superior Court of Arizona, Maricopa County
- Deposition: August 2008

*Pipeline Data, Inc. adv. L60, Incorporated*
Superior Court of Arizona, Maricopa County
- Deposition: February 2009

*Richard Kawar v. JP Morgan Chase Bank N.A.*
U.S. District Court, Phoenix, AZ
- Deposition: February 2009

*Griffin v. Griffin*
Superior Court of Arizona, Maricopa County
- Deposition: April 2009
- Trial: December 2009

*Taser International, Inc. v. Stinger Systems, Inc.*
U.S. District Court, Phoenix, AZ
- Deposition: July 2009

*Archetype Associates, Inc. v. The Frank Lloyd Wright Foundation, et al.*
U.S. District Court, Phoenix, AZ
- Deposition: September 2009

*Bachmann v. BBK Tobacco & Foods, Inc.*
American Arbitration Association, Phoenix, AZ
- Arbitration: January 2010

## BRYCE R. COOK

*The Braun Corporation v. Vantage Mobility International, LLC*
U.S. District Court, Northern District of Indiana
- Deposition: January 2010

*Dunn v. Western Neurosurgery, Ltd.*
American Arbitration Association, Tucson, AZ
- Arbitration: February 2010

*Medicis Pharmaceutical Corporation v. Acella Pharmaceuticals, LLC*
U.S. District Court, District of Arizona
- Deposition: June 2011

*RB Insurance Group, LLC v. Sterling Life Insurance Company*
Arbitration, Phoenix, AZ
- Deposition: October 2011
- Arbitration: October 2011

*Nikolic v. Pepperidge Farm, Inc.*
Superior Court of Arizona, Maricopa County
- Deposition: August 2012
- Trial: January 2013

*Syntrix BioSystems, Inc. v. Illumina, Inc.*
U.S. District Court, Western District of Washington
- Deposition: December 2012
- Trial: March 2013

*Everett Laboratories, Inc. v. Acella Pharmaceuticals, LLC*
U.S. District Court, District of New Jersey
- Deposition: August 2013
- Deposition: August 2013
- Preliminary injunction hearing: August 2013

*Full Tilt, LLC v. Tilted Kilt Franchise Operating, LLC*
American Arbitration Association, Phoenix, AZ
- Deposition: August 2013
- Arbitration: September 2013

*AA & Saba Consultants, Inc. v. TASER International, Inc.*
Superior Court of Arizona, Maricopa County
- Trial: February 2014

## BRYCE R. COOK

*Barnet, et al. v. Medical Management Resources Group, LLC, et al.*
Superior Court of Arizona, Maricopa County
- Deposition: March 2014

*Bonsall v. Ryley, Carlock & Applewhite*
Superior Court of Arizona, Maricopa County
- Deposition: May 2014

*Rowpar Pharmaceuticals, Inc. v. Lornamead Brands, Inc..*
U.S. District Court, District of Arizona
- Deposition: July 2014

*BNC National Bank, et al. v. HUB International, et al.*
Superior Court of Arizona, Maricopa County
- Deposition: August 2014
- Trial: April-May 2015

*Rural/Metro Corporation adv. American Medical Response, LLC*
Arizona Office of Administrative Hearings
- Hearing: September 2014

*Stone Creek, Inc. v. Omnia Italian Design, Inc. et al.*
U.S. District Court, District of Arizona
- Deposition: April 2015
- Trial: October 2015

*Irish Restaurant and Pub Company, et al. v. Concast, Inc., et al.*
U.S. Bankruptcy Court, District of Arizona
- Deposition: May 2015

*AZ Sourcing Land Holding, LLC v. AZ Sourcing, LLC, et al.*
Private Arbitration - Phoenix, Arizona
- Deposition: September 2015
- Arbitration: October 2015

*Cardiovascular Consultants, LTD, v. Lee M. Ugol MD, et al.*
Superior Court of Arizona, Maricopa County
- Deposition: December 2015

## BRYCE R. COOK

---

*Paramount Petroleum Corporation v. International Surfacing Systems, et al.*
Superior Court of California, County of Sacramento
- Deposition: March 2016

*Polylast Systems, LLC v. Equiflex, et al.*
Superior Court of Arizona, Maricopa County
- Deposition: July 2016

*Bank of the West v. TriSports.com, et al.*
Superior Court of Arizona, Pima County
- Deposition: December 2016
- Trial: May 2017

*Hurry, et al. v. Financial Industry Regulatory Authority, et al.*
U.S. District Court, District of Arizona
- Deposition: February 28, 2017

*Zoetis LLC v. Roadrunner Pharmacy, Inc.*
U.S. District Court, District of New Jersey
- Deposition: April 2017

*Schires (Goldwater Institute) v. City of Peoria, et al.*
Superior Court of Arizona, Maricopa County
- Deposition: September 2017

*Tilted Kilt Franchise Operating, LLC v. North Shore Kilt, et al.*
American Arbitration Association, Phoenix, AZ
- Arbitration: March 2018

*Davis v. Wells Fargo Advisors, LLC, et al.*
American Arbitration Association, Phoenix, AZ
- Arbitration: March 2018

*Kangaroo Manufacturing, Inc. v. Amazon.com, Inc.*
U.S. District Court, District of Arizona
- Deposition: April 2018

*Beneco, et al. v. Alpine Investors*
American Arbitration Association, Phoenix, AZ
- Deposition: May 2018
- Arbitration: February 2019

impact

## BRYCE R. COOK

---

*Servpro Industries, Inc. v. Zerorez of Phoenix, LLC*
U.S. District Court, District of Arizona
- Deposition: May 2018

*Tilted Kilt Franchise Operating, LLC v. AC Restaurants, LLC, et al.*
American Arbitration Association, Phoenix, AZ
- Arbitration: August 2018

*Surgenex, LLC, et al. v Utah Cord Bank, Inc., et al.*
U.S. District Court, District of Arizona
- Deposition: September 2018

*Englehorn (Goldwater Institute) v. City of Phoenix, et al.*
Superior Court of Arizona, Maricopa County
- Deposition: January 2019
- Trial: June 2020

*Hadady Corporation v. Casper*
Circuit Court of Cook County, Illinois
- Deposition: April 2019
- Trial: August 2019

*I Pee Holding, LLC v. Virginia Toy and Novelty Company*
U.S. District Court, Eastern District of Virginia
- Deposition: August 2019

*Meckey v. United HealthCare Services, Inc., et al.*
American Arbitration Association, Minneapolis, MN
- Arbitration: November 2019

*Kars 4 Kids Inc. v. America Can! Cars for Kids*
U.S. District Court, District of New Jersey 3:14-cv-07770-PGS-LHG
- Deposition: March 2018
- Trial: May 2019
- Deposition: November 2019
- Trial November 2019

*ACSI, LLC v. Genesys Telecommunications Laboratories, Inc.*
U.S. District Court, Eastern District of Michigan
- Deposition: March 2020

impact

## BRYCE R. COOK

*Saulsbury Industries, Inc. v. Arizona Public Service Company*
U.S. District Court, District of Arizona
- Deposition: January 2021

*Royal Hospitality Group, Inc. v. SureStay, Inc.*
Superior Court of Arizona, Maricopa County CV2019-009981
- Deposition: March 2021
- Trial: October 2021

*Loeb Architects, LLC, et al. v. Texas Senior Living Operator, LLC, et al.*
U.S. District Court, Southern District of Texas 4:20-cv-01981
- Deposition: April 2021

*SmartSky Networks, LLC v. Wireless Systems Solutions, LLC, et al.*
American Arbitration Association, Charlotte, NC 01-20-0014-8647
- Arbitration: May 2021

*ReBath, LLC v. HD Solutions, LLC, et al.*
U.S. District Court, District of Arizona 2:19-cv-04873-JJT
- Deposition: August 2021

*ASI Communications, Inc. v. Level Up Holding Co. Inc., et al.*
Superior Court of Arizona, Maricopa County CV2019-001531
- Deposition: September 2021

*The Consumer Group, LLC v. Baccus Global, LLC*
U.S. District Court, Southern District of Florida 9:20-cv-82127
- Deposition: October 2021

*NJP Holdings, LLC v. Risas Holdings, LLC*
Superior Court of Arizona, Maricopa County CV2021-010275
- Motion Hearing: April 2022

*411 Investments, LLC, et al. v. Hickman's Egg Ranch, Inc., et al.*
Superior Court of Arizona, Maricopa County CV2017-094684
- Deposition: June 2022

*J-B Weld Company v. The Gorilla Glue Company*
U.S. District Court, Northern District of Georgia 1:17-cv-03946-LMM
- Deposition: June 2018
- Deposition: August 2022

## BRYCE R. COOK

---

*Accord Trucking, Inc. v. FedEx Ground Package System, Inc.*
Superior Court of Arizona, Maricopa County CV2018-010982
- Deposition: July 2021
- Trial: March 2023

*CellTrust Corporation v. ionLake, LLC*
U.S. District Court, District of Minnesota 19-cv-2855
- Trial: May 2023

*Jama Investment Group, Inc., et al. v. Wells Fargo Bank, N.A.*
U.S. District Court, District of Nevada 2:20-cv-00858-CDS-BNW
- Deposition: May 2023

*Pravati Credit Fund III LP v. Husch Blackwell LLP, et al.*
American Arbitration Association, Phoenix, AZ 01-22-0002-0941
- Arbitration: December 2023

*Top Brand, LLC, et al v. Cozy Comfort LLC, et al.*
U.S. District Court, District of Arizona 2:21-CV-00597-PHX-SPL
- Deposition: March 2024
- Trial: April 2024

*Shengchao Chen v. Joyce Trading, LLC, et al.*
Superior Court of Arizona, Maricopa County CV2020-094773
- Deposition: April 2024

*Amir Saloum and Amy Saloum, et al. v. Alicia Paredes and Arvin Saloum, et al.*
Superior Court of Arizona, Maricopa County CV2021-002610
- Trial: June 2024

*Barcik v. Paizly, LLC, et al.*
Superior Court of Fulton County, State of Georgia 2023CV382050
- Deposition: August 2024

*SmartSky Networks, LLC v. Gogo Business Aviation, LLC*
U.S. District Court, District of Delaware 22-266-GBW
- Deposition: April 2022
- Deposition: September 2024

*White Mountains Flower LLC v. Town of Springerville*
Arizona State Superior Court, Apache County S-0100-CV-202200179
- Deposition: October 2024

## BRYCE R. COOK

---

*PZZT AZ, LLC v. Waste Connections of Arizona, Inc.*
Private Arbitration, Phoenix, Arizona (Erik Lioy, Arbitrator)
- Arbitration: November 2024

*iSpot.TV, Inc. v. Entertainment Data Oracle, Inc., et al.*
U.S. District Court, Central District of California 2:21-CV-06815-MEMF-MAR
- Deposition: December 2024

*Valley Perinatal Services, LLC v. Hera Health Partners, Inc., et al.*
Superior Court of Arizona, Maricopa County CV2022-052194
- Deposition: March 2025

*Mark Rheault v. Halma Holdings, Inc., et al.*
U.S. District Court, District of Delaware 1:23-cv-00700-WCB
- Deposition: May 2025