*Filed in open Court This 21st day of November, 2025.*

*JMS.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SMARTSKY NETWORKS, LLC,

      Plaintiff,

      v.

GOGO BUSINESS AVIATION, LLC, and
GOGO INC.,

      Defendants.

C.A. No. 22-266-JDW



# VERDICT FORM

**Instructions:** When answering the following questions and completing this Verdict Form, please follow the directions provided throughout the Form and the Jury Instructions that you have been given. Your answer to each question must be **unanimous**. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term or concept that appears in the questions below.

The following defined terms have the following meanings:

1. "SmartSky" refers to Plaintiff SmartSky Networks, LLC

2. "Gogo" refers to Defendants Gogo Business Aviation LLC and Gogo Inc.

3. The "'947 Patent" refers to U.S. Patent No. 9,312,947.

4. The "'077 Patent" refers to U.S. Patent No. 9,730,077.

5. The "'417 Patent" refers to U.S. Patent No. 11,223,417.

6. The "'639 Patent" refers to U.S. Patent No. 11,533,639.

7. "The Asserted Patents" refers to the '947 Patent, the '077 Patent, the '417 Patent, and the '639 Patent.

We, the jury, unanimously find as follows:

## A. The '947 Patent

### A.1.     Claim 3

<u>Question 1</u>:  Has SmartSky proven by a preponderance of the evidence that Gogo infringed Claim 3 of the '947 Patent? (A "Yes" answer is a finding for SmartSky; a "No" answer is a finding for Gogo.)



|  | Yes | No |
|---|---|---|
| Claim 3 | ✓ | _____ |

**If you answered "YES" to Question 1, then proceed to Question 2. If you answered "NO" to Question 1, then skip Question 2 and proceed to Question 3.**

<u>Question 2</u>: Has SmartSky proven by a preponderance of the evidence that Gogo's infringement of Claim 3 of the '947 Patent was willful? (A "Yes" answer is a finding for SmartSky; a "No" answer is a finding for Gogo.)

|  | Yes | No |
|---|---|---|
| Claim 3 | ✓ | _____ |

**Proceed to Question 3.**

<u>Question 3</u>: Has Gogo proven by clear and convincing evidence that Claim 3 of the '947 Patent is invalid because the prior art anticipates the Claim? (A "No" answer is a finding for SmartSky; a "Yes" answer is a finding for Gogo.)

|  | Yes | No |
|---|---|---|
| Claim 3 | _____ | ✓ |

**Proceed to Question 4 (next page).**



Question 4: Has Gogo proven by clear and convincing evidence that Claim 3 of the '947 Patent is invalid because the prior art renders the Claim obvious? (A "No" answer is a finding for SmartSky; a "Yes" answer is a finding for Gogo.)

|  | Yes | No |
|---|---|---|
| Claim 3 | _____ | ✓ |

**If you answered "YES" to Question 1, and you answered "NO" to _both_ of Questions 3 and 4, then proceed to Question 5.**

**If you answered "NO" to Question 1, OR if you answered "YES" to _either_ of Questions 3 or 4, then skip Question 5 and proceed to Question 6.**

Question 5: What is the total amount SmartSky has proven by a preponderance of the evidence that it is entitled to receive as a reasonable royalty for Gogo's infringement of the '947 Patent?

$ 4,712,838.00

**Proceed to Question 6 (next page).**

## B. The '417 Patent

### B.1.    Claim 11

Question 6: Has SmartSky proven by a preponderance of the evidence that Gogo infringed Claim 11 of the '417 patent? (A "Yes" answer is a finding for SmartSky; a "No" answer is a finding for Gogo.)



|  | Yes | No |
|---|---|---|
| Claim 11 | ✓ |  |

**If you answered "YES" to Question 6, then proceed to Question 7. If you answered "NO" to Question 6, then skip Question 7 and proceed to Question 8.**

Question 7: Has SmartSky proven by a preponderance of the evidence that Gogo's infringement of Claim 11 of the '417 Patent was willful? (A "Yes" answer is a finding for SmartSky; a "No" answer is a finding for Gogo.)



|  | Yes | No |
|---|---|---|
| Claim 11 | ✓ |  |

**Proceed to Question 8.**

Question 8: Has Gogo proven by clear and convincing evidence that Claim 11 of the '417 Patent is invalid because the prior art anticipates the Claim? (A "No" answer is a finding for SmartSky; a "Yes" answer is a finding for Gogo.)

|  | Yes | No |
|---|---|---|
| Claim 11 |  | ✓ |

**Proceed to Question 9 (next page).**

Question 9: Has Gogo proven by clear and convincing evidence that Claim 11 of the '417 Patent is invalid because the prior art renders the Claim obvious? (A "No" answer is a finding for SmartSky; a "Yes" answer is a finding for Gogo.)

|  | Yes | No |
|---|---|---|
| Claim 11 | _____ | ✓ |

**Proceed to Question 10.**

### B.2.    Claim 17

Question 10: Has SmartSky proven by a preponderance of the evidence that Gogo infringed Claim 17 of the '417 patent? (A "Yes" answer is a finding for SmartSky; a "No" answer is a finding for Gogo.)

|  | Yes | No |
|---|---|---|
| Claim 17 | ✓ | _____ |

**If you answered "YES" to Question 10, then proceed to Question 11. If you answered "NO" to Question 10, then skip Question 11 and proceed to Question 12.**

Question 11: Has SmartSky proven by a preponderance of the evidence that Gogo's infringement of Claim 17 of the '417 Patent was willful? (A "Yes" answer is a finding for SmartSky; a "No" answer is a finding for Gogo.)

|  | Yes | No |
|---|---|---|
| Claim 17 | ✓ | _____ |

**Proceed to Question 12 (next page).**

Question 12: Has Gogo proven by clear and convincing evidence that Claim 17 of the '417 Patent is invalid because the prior art anticipates the Claim? (A "No" answer is a finding for SmartSky; a "Yes" answer is a finding for Gogo.)



|  | Yes | No |
|---|---|---|
| Claim 17 | _____ | ✓ _____ |

**Proceed to Question 13.**

Question 13: Has Gogo proven by clear and convincing evidence that Claim 17 of the '417 Patent is invalid because the prior art renders the Claim obvious? (A "No" answer is a finding for SmartSky; a "Yes" answer is a finding for Gogo.)

|  | Yes | No |
|---|---|---|
| Claim 17 | _____ | ✓ _____ |

**If you answered "YES" to Question 6 and "NO" to _both_ Questions 8 and 9, OR you answered "YES" to Question 10 and "NO" to _both_ Questions 12 and 13, then proceed to Question 14.**

**If you answered "YES" to Question 6 and "YES" to _either_ of Questions 8 or 9, AND you answered "NO" to Question 10, then skip Question 14 and proceed to Question 15.**

**If you answered "YES" to Question 6 and "YES" to _either_ of Questions 8 or 9, AND you answered "YES" to Question 10 and "YES" to _either_ of Questions 12 or 13, then skip Question 14 and proceed to Question 15.**

**If you answered "NO" to Question 6, AND you answered "YES" to Question 10 and "YES" to _either_ of Questions 12 or 13, then skip Question 14 and proceed to Question 15.**

**If you answered "NO" to _both_ Questions 6 and 10, then skip Question 14 and proceed to Question 15.**

Question 14: What is the total amount SmartSky has proven by a preponderance of the evidence that it is entitled to receive as a reasonable royalty for Gogo's infringement of the '417 Patent?

$ 4,712,838.00

**Proceed to Question 15 (next page).**

## C.  The '077 Patent

### C.1.    Claim 1

Question 15: Has SmartSky proven by a preponderance of the evidence that Gogo infringed Claim 1 of the '077 Patent? (A "Yes" answer is a finding for SmartSky; a "No" answer is a finding for Gogo.)



|  | Yes | No |
|---|---|---|
| Claim 1 | ✓ |  |

**If you answered "YES" to Question 15, then proceed to Question 16. If you answered "NO" to Question 15, then skip Question 16 and proceed to Question 17.**

Question 16: Has SmartSky proven by a preponderance of the evidence that Gogo's infringement of Claim 1 of the '077 Patent was willful? (A "Yes" answer is a finding for SmartSky; a "No" answer is a finding for Gogo.)

|  | Yes | No |
|---|---|---|
| Claim 1 | ✓ |  |

**Proceed to Question 17.**

Question 17: Has Gogo proven by clear and convincing evidence that Claim 1 of the '077 Patent is invalid because the prior art anticipates the Claim? (A "No" answer is a finding for SmartSky; a "Yes" answer is a finding for Gogo.)

|  | Yes | No |
|---|---|---|
| Claim 1 |  | ✓ |

**Proceed to Question 18 (next page).**

8

Question 18: Has Gogo proven by clear and convincing evidence that Claim 1 of the '077 Patent is invalid due to indefiniteness? (A "No" answer is a finding for SmartSky; a "Yes" answer is a finding for Gogo.)



|  | Yes | No |
|---|---|---|
| Claim 1 | _____ | ✓ |

**Proceed to Question 19.**

### C.1.    Claim 2

Question 19: Has SmartSky proven by a preponderance of the evidence that Gogo infringed Claim 2 of the '077 Patent? (A "Yes" answer is a finding for SmartSky; a "No" answer is a finding for Gogo.)



|  | Yes | No |
|---|---|---|
| Claim 2 | ✓ | _____ |

**If you answered "YES" to Question 19, then proceed to Question 20. If you answered "NO" to Question 19, then skip Question 20 and proceed to Question 21.**

Question 20: Has SmartSky proven by a preponderance of the evidence that Gogo's infringement of Claim 2 of the '077 Patent was willful? (A "Yes" answer is a finding for SmartSky; a "No" answer is a finding for Gogo.)



|  | Yes | No |
|---|---|---|
| Claim 2 | ✓ | _____ |

**Proceed to Question 21.**

Question 21: Has Gogo proven by clear and convincing evidence that Claim 2 of the '077 Patent is invalid because the prior art anticipates the Claim? (A "No" answer is a finding for SmartSky; a "Yes" answer is a finding for Gogo.)



|  | Yes | No |
|---|---|---|
| Claim 2 | _____ | ✓ |

**Proceed to Question 22 (next page).**



Question 22: Has Gogo proven by clear and convincing evidence that Claim 2 of the '077 Patent is invalid due to indefiniteness? (A "No" answer is a finding for SmartSky; a "Yes" answer is a finding for Gogo.)

|  | Yes | No |
|---|---|---|
| Claim 2 | _____ | ✓ |

**If you answered "YES" to Question 15 and "NO" to _both_ Questions 17 and 18, OR you answered "YES" to Question 19 and "NO" to _both_ Questions 21 and 22, then proceed to Question 23.**

**If you answered "YES" to Question 15 and "YES" to _either_ of Questions 17 or 18, AND you answered "NO" to Question 19, then skip Question 23 and proceed to Question 24.**

**If you answered "YES" to Question 15 and "YES" to _either_ of Questions 17 or 18, AND you answered "YES" to Question 19 and "YES" to _either_ of Questions 21 or 22, then skip Question 23 and proceed to Question 24.**

**If you answered "NO" to Question 15, AND you answered "YES" to Question 19 and "YES" to _either_ of Questions 21 or 22, then skip Question 23 and proceed to Question 24.**

**If you answered "NO" to _both_ Questions 15 and 19, then skip Question 23 and proceed to Question 24.**

Question 23: What is the total amount SmartSky has proven by a preponderance of the evidence that it is entitled to receive as a reasonable royalty for Gogo's infringement of the '077 Patent?

$ 8,406,684.00

**Proceed to Question 24 (next page).**

## D. The '639 Patent

### D.1.    Claim 1

Question 24:  Has SmartSky proven by a preponderance of the evidence that Gogo infringed Claim 1 of the '639 Patent? (A "Yes" answer is a finding for SmartSky; a "No" answer is a finding for Gogo.)



**If you answered "YES" to Question 24, then proceed to Question 25. If you answered "NO" to Question 24, then skip Question 25 and proceed to Question 26.**

Question 25: Has SmartSky proven by a preponderance of the evidence that Gogo's infringement of Claim 1 of the '639 Patent was willful? (A "Yes" answer is a finding for SmartSky; a "No" answer is a finding for Gogo.)



**Proceed to Question 26.**

Question 26: Has Gogo proven by clear and convincing evidence that Claim 1 of the '639 Patent is invalid because the prior art anticipates the Claim? (A "No" answer is a finding for SmartSky; a "Yes" answer is a finding for Gogo.)

|  | Yes | No |
|---|---|---|
| Claim 1 | _____ | ✓ _____ |

**Proceed to Question 27 (next page).**

Question 27: Has Gogo proven by clear and convincing evidence that Claim 1 of the '639 Patent is invalid because the prior art renders the Claim obvious? (A "No" answer is a finding for SmartSky; a "Yes" answer is a finding for Gogo.)



|  | Yes | No |
|---|---|---|
| Claim 1 | _____ | √ |

**Proceed to Question 28.**

Question 28: Has Gogo proven by clear and convincing evidence that Claim 1 of the '639 Patent is invalid due to lack of adequate written description? (A "No" answer is a finding for SmartSky; a "Yes" answer is a finding for Gogo.)



|  | Yes | No |
|---|---|---|
| Claim 1 | _____ | √ |

**Proceed to Question 29**

### D.2.    Claim 10

Question 29: Has SmartSky proven by a preponderance of the evidence that Gogo infringed Claim 10 of the '639 Patent? (A "Yes" answer is a finding for SmartSky; a "No" answer is a finding for Gogo.)



|  | Yes | No |
|---|---|---|
| Claim 10 | √ | _____ |

**If you answered "YES" to Question 29, then proceed to Question 30. If you answered "NO" to Question 29, then skip Question 30 and proceed to Question 31.**

Question 30: Has SmartSky proven by a preponderance of the evidence that Gogo's infringement of Claim 10 of the '639 Patent was willful? (A "Yes" answer is a finding for SmartSky; a "No" answer is a finding for Gogo.)



Claim 10     Yes ✓      No _____

**Proceed to Question 31.**

Question 31: Has Gogo proven by clear and convincing evidence that Claim 10 of the '639 Patent is invalid because the prior art anticipates the Claim? (A "No" answer is a finding for SmartSky; a "Yes" answer is a finding for Gogo.)



Claim 10     Yes _____      No ✓

**Proceed to Question 32.**

Question 32: Has Gogo proven by clear and convincing evidence that Claim 10 of the '639 Patent is invalid because the prior art renders the Claim obvious? (A "No" answer is a finding for SmartSky; a "Yes" answer is a finding for Gogo.)

Claim 10     Yes _____      No ✓

**Proceed to Question 33 (next page).**

Question 33: Has Gogo proven by clear and convincing evidence that Claim 10 of the '639 Patent is invalid due to lack of adequate written description? (A "No" answer is a finding for SmartSky; a "Yes" answer is a finding for Gogo.)



|  | Yes | No |
|---|---|---|
| Claim 10 | _____ | ✓ _____ |

**If you answered "YES" to Question 24 and "NO" to _all_ of Questions 26, 27, and 28, OR you answered "YES" Question 29 and "NO" to _all_ of Questions 31, 32, and 33, then proceed to Question 34.**

**If you answered "YES" to Question 24 and "YES" to _any_ of Questions 26, 27, or 28, AND you answered "NO" to Question 29, then skip Question 34 and proceed to the instructions on the last page.**

**If you answered "YES" to Question 24 and "YES" to _any_ of Questions 26, 27, or 28, AND you answered "YES" to Question 29 AND "YES" to _any_ of Questions 31, 32, and 33, then skip Question 34 and proceed to the instructions on the last page.**

**If you answered "NO" to Question 24, AND you answered "YES" to Question 29 and "YES" to _any_ of Questions 31, 32, or 33, then skip Question 34 and proceed to the instructions on the last page.**

**If you answered "NO" to _both_ Questions 24 and 29, then skip Question 34 and proceed to the instructions on the last page.**

Question 34: What is the total amount SmartSky has proven by a preponderance of the evidence that it is entitled to receive as a reasonable royalty for Gogo's infringement of the '639 Patent?

$ 4,840,212.00

**Proceed to the instructions on the next page.**

## **UNANIMOUS VERDICT**

You have now reached the end of the verdict form and you should review it to ensure it accurately reflects your unanimous determinations. After you are satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

I certify that the jury unanimously concurs in every element of the above verdict.

Dated: 11-21-25

By: ████████████████████
　　　Jury Foreperson

15